Bay LS Medical Supplies, Inc., as Assignee of Ana Valdizon, Respondent,
against
Allstate Insurance Company, Appellant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Robin S. Garson, J.), entered November 1, 2013, deemed from a judgment of the same court, entered November 25, 2013 (see CPLR 5512 [a]). The judgment, entered pursuant to the November 1, 2013 order granting plaintiff's motion for summary judgment and denying defendant's cross motion for summary judgment dismissing the complaint, awarded plaintiff the principal sum of $1,715.




ORDERED that the judgment is reversed, with $30 costs, the order entered November 1, 2013 is vacated, plaintiff's motion for summary judgment is denied and defendant's cross motion for summary judgment dismissing the complaint is granted.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved for summary judgment, and defendant cross-moved for summary judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly scheduled examinations under oath. Defendant appeals from an order of the Civil Court entered November 1, 2013, which granted plaintiff's motion and denied defendant's cross motion. A judgment was subsequently entered pursuant to the November 1, 2013 order, awarding plaintiff the principal sum of $1,715, from which the appeal is deemed to have been taken (see CPLR 5512 [a]).
For the reasons stated in Bay LS Med. Supplies, Inc. v Allstate Ins. Co. (50 Misc 3d 147[A], 2016 NY Slip Op 50319[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]), the judgment is reversed, the order entered November 1, 2013 is vacated, plaintiff's motion for summary judgment is denied and defendant's cross motion for summary judgment dismissing the complaint is granted.
Pesce, P.J., Solomon and Elliot, JJ., concur.
Decision Date: January 05, 2017